DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____


J.A.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.


No. 2D22-3629

_____


February 2, 2024

Appeal from the Circuit Court for Hillsborough County; Lawrence Lefler, Judge.

Howard L. Dimmig, II, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.